UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MEZA, | No. 2:16-cv-0077 MCE CKD |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Pending before the court is defendant's motion to compel. Because oral argument is not of material assistance, this matter is submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The hearing date of August 24, 2016 on defendant's motion to compel is vacated.

2. Defendant's motion to compel (ECF No. 14) is granted. No later than August 31, 2016, plaintiff shall, without objections, provide responses to the interrogatories and produce documents responsive to defendant's requests for production of documents.

/////

/////

/////

/////

1

3. The court finds an award of expenses is not warranted considering all of the circumstances reflected in the record before it on this motion. Fed. R. Civ. P. 37 (a)(5)(A).

Dated: August 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 meza0077.mtc.sob