JESMIN ALAM, State Bar No. 201069
Law Offices of Jesmin Alam
10940 Trinity Parkway, Suite C-295
Stockton, CA  95219
Telephone:  (209) 401-8895
E-mail: jnalam@hotmail.com
*Attorney for Plaintiff,*
*Elizabeth Meza*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
SUSAN E. SLAGER, State Bar No. 162942
Supervising Deputy Attorney General
TED LINDSTROM, State Bar No. 243664
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-2520
 Fax:  (916) 324-5567
 E-mail:  Ted.Lindstrom@doj.ca.gov
*Attorneys for Defendants*
*Department of General Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MEZA,** | 2:16-CV-00077-MCE-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR MEDICAL EXAMINATION** |
| v. | Date:        March 20, 2017 |
| **STATE OF CALIFORNIA; DEPARTMENT OF GENERAL SERVICES,** | Action Filed:  November 25, 2015 |
| Defendants. | |

***WHEREAS,*** Plaintiff Elizabeth Meza has testified, under oath, at her deposition, that she was sexually harassed by a coworker; and

***WHEREAS,*** she has also testified that she has experienced extreme and ongoing emotional distress as a result of the sexual harassment; and

1

*WHEREAS,* Defendant wishes to proceed with a medical examination of Plaintiff in order to evaluate her claim for emotional distress;

***NOW THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:***

Plaintiff Elizabeth Meza will submit to a medical/psychiatric examination, pursuant to Federal Rule of Civil Procedure 35, as follows:

**Date:** March 31, 2017

**Time:** 9:30 am

**Location:** MOA Deposition Reporters
1760 Creekside Oaks Drive, Suite 175
Sacramento, CA  95833

**Examining Physician:** Matthew F. Carroll, MD  (CV attached as Exhibit A)

**Manner of Examination:** Dr. Carroll will interview Plaintiff Meza about her employment situation, her allegations against the defendant, her medical, financial, legal, educational, family, marital, and developmental background, her habits, her vocational history, and other relevant areas of her life.  After the interview, he will administer the Minnesota Multiphasic Personality Inventory test.  The total length of the examination will last approximately four to five hours, depending on various factors, including Plaintiff's cooperation.  The only persons permitted in the examination session will be Dr. Carroll and Plaintiff; no one else will be allowed to attend or be present.  Dr. Carroll will tape record the examination session, but will not provide a copy of the recording to Plaintiff.  However, Plaintiff is welcomed to bring her own recording device and record the session for herself.  Plaintiff will <u>not</u> be video-recorded.

**Report:** Dr. Carroll will be designated as an expert witness and will prepare a report of his findings and conclusions which meet the requirements of Federal Rules of Civil Procedure 26(a)(2)(B), 35, and any other applicable rule.  Upon receiving the report from Dr. Carroll, Defendant will deliver a copy of the report along with any additional reports regarding the

findings of any psychological testing, to Plaintiff's counsel.  Defendant will deliver all supplemental reports to Plaintiff's counsel as they become available.  Plaintiff shall have the right to depose Dr. Carroll, if she deems it necessary.

Dated:  March 20, 2017                                   Respectfully submitted,

                                                                              /s/  *Jesmin Alam*

                                                                              JESMIN ALAM
                                                                              *Attorney for Plaintiff,*
                                                                              *Elizabeth Meza*

Dated:  March 20, 2017                                   XAVIER BECERRA
                                                                              Attorney General of California
                                                                              SUSAN E. SLAGER
                                                                              Supervising Deputy Attorney General

                                                                              /s/  *J. T. Lindstrom*

                                                                              TED LINDSTROM
                                                                              Deputy Attorney General
                                                                              *Attorneys for Defendant,*
                                                                              *Department of General Services*

SA2016100032
12615150_2.doc

**ORDER**

    **IT IS SO ORDERED.**

Dated:  March 22, 2017                                   _____
                                                                              CAROLYN K. DELANEY
                                                                              UNITED STATES MAGISTRATE JUDGE