IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MEZA, | 2:16-CV-00077-MCE-CKD |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA; DEPARTMENT OF GENERAL SERVICES, | |
| Defendants. | |

On June 9, 2017, Defendant Department of General Services filed a request to seal the report of its medical expert, Matthew Carroll, MD, on the grounds that the report contains the Plaintiff's personal and private medical information. The Court finds that due to the nature of the report, Defendant has demonstrated a compelling reason to file the document under seal.

Accordingly, Defendant's request to file its expert report and the supporting documentation under seal is GRANTED.

**IT IS SO ORDERED.**

Dated: June 15, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

**COURT ORDER** (2:16-CV-00077-MCE-CKD)