IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MEZA,** | 2:16-CV-00077-MCE-CKD |
| Plaintiff, | ORDER |
| v. | |
| **STATE OF CALIFORNIA; DEPARTMENT OF GENERAL SERVICES,** | |
| Defendants. | |

Pending before the court is a stipulation to dismiss the instant litigation, with prejudice. The stipulation is supported by a Request for Judicial Notice, asking the court to take judicial notice of two documents filed in Case No. 15-25380-D-7 of the U.S. Bankruptcy Court for the Eastern District of California, including:

(1) The order approving the sale and assignment to the State California of all claims asserted in Meza v. State of California, Department of General Services, and Does 1 to 50, Case No. 2:16-CV-00077-MCE-CKD, United States District Court for the Eastern District of California, for $40,000.

(2) Civil Minutes of the hearing held on November 22, 2017, detailing the court's ruling in Plaintiff Meza's bankruptcy matter.

Upon review of the documents filed, the COURT FINDS AND ORDERS AS FOLLOWS:

1. The Request for Judicial Notice of the two documents filed in Case No. 15-25380-D-7 of the U.S. Bankruptcy Court for the Eastern District of California is GRANTED (Fed. R. Evid. 201((b)(2); Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n. 2 (9th Cir. 2002));

2. Pursuant to the U.S. Bankruptcy Court's ruling and order of November 27, 2017, Plaintiff's Meza's claims have been sold and assigned to the California Department of General Services (DGS);

3. By virtue of the sale and assignment of Meza's claims, the DGS has the right to dismiss of the litigation;

4. The litigation in this case is DISMISSED WITH PREJUDICE.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE